JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

```
TOM NGUYEN,                        ) NO. CV 11-00311-CJC (MAN)
                                   )
          Petitioner,              )
                                   )
     v.                            ) JUDGMENT
                                   )
T. GONZALEZ, WARDEN,               )
                                   )
          Respondent.              )
_____)
```

    Pursuant to the Court's Order: Accepting Findings and Recommendations of United States Magistrate Judge; and Denying Certificate of Appealability,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 26, 2011.

                                                       CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE